IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     vs.                      )<br>                              )<br>LAMPHONE SANOUVONG, et al.,   )<br>                              )   No. 3:04cr0126-HRH<br>            Defendants.       )<br>_____) | |

O R D E R

Case Status

      The court's case manager reports that between June 27, 2005, and August 3, 2005, eight defendants named in the above-captioned case were sentenced either in the case noted or in spin-off cases that were opened with the filing of informations stating lesser offenses.  In a number of instances, the forfeiture counts were left open at sentencing, and the court is informed that there are unresolved forfeiture proceedings as to eight defendants.  The defendants are:

```
            Lamphone Sanouvong        (D-01)
            Khonesavanh Thinoi        (D-03)
            Rungsee Muangkeo          (D-04)
            Mayuree Muangkeo          (D-05)
            Monthree Udomsin          (D-08)
            Karry Chindarak           (D-09)
            Jannie Keomany            (D-10)
            Bounlay Chitpaseuth       (D-15)
```

Government counsel will please take action to bring these forfeiture proceedings to a close no later than August 8, 2006.

DATED at Anchorage, Alaska, this <u>24th</u> day of July, 2006.

<u>/s/ H. Russel Holland</u>
United States District Judge